# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2008

135166

ALLSTATE INSURANCE COMPANY,
     Plaintiff-Appellee,

v

MARCELLUS ALLEN PRICE,
     Defendant-Appellee,

and

DENISHA BASS,
     Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 135166
COA: 270599
Oakland CC: 2003-054314-CK

On order of the Court, the application for leave to appeal the September 20, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2008

s0528

                               Clerk